

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-14-00185-CR |
| IN RE: ROSALIO B. GAMON, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

**MEMORANDUM OPINION**

Relator, Mr. Rosalio B. Gamon, has filed a *pro se* petition for writ of mandamus relating to Cause Number 20130C08307. To obtain relief through a writ of mandamus, a relator must establish that no other adequate remedy at law is available and that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals at Texarkana*, 236 S.W.3d 207, 210 (Tex.Crim.App. 2007). An act is ministerial if it does not involve the exercise of discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001). Based on the petition and record provided, Relator has not demonstrated that he is entitled to mandamus relief. *See* TEX.R.APP.P. 52.8. Accordingly, the petition is denied.

July 30, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)